**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6596**

———————————

PIERRE A. RENOIR,

                                           Plaintiff - Appellant,

      versus

RON ANGELONE; GEORGE E. DEEDS, Warden,

                                   Defendants - Appellees.

———————————

**No. 99-6698**

———————————

PIERRE A. RENOIR,

                                           Plaintiff - Appellant,

      versus

RON ANGELONE; GEORGE E. DEEDS, Warden,

                                   Defendants - Appellees.

———————————

**No. 99-6722**

———————————

PIERRE A. RENOIR,

                                           Plaintiff - Appellant,

versus

RON ANGELONE; GEORGE E. DEEDS, Warden,

                              Defendants - Appellees.

_____

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-99-211-7)

_____

Submitted: July 13, 1999          Decided: August 30, 1999

_____

Before WILKINS, WILLIAMS, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Pierre A. Renoir, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pierre A. Renoir seeks to appeal district court orders denying his motion to join other plaintiffs in his action filed pursuant to 42 U.S.C. § 1983 (1994), denying his motion for appointment of counsel, and staying the case pending the conclusion of the appeals of the first two orders. We dismiss all three appeals for lack of jurisdiction because the orders are interlocutory and not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders appealed here are neither final orders nor appealable interlocutory or collateral orders.

We therefore dismiss the appeals as interlocutory. We further deny Renoir's "Petition for Subpoena Duces Tecum" and motion to consolidate Appeal No. 99-6863 with these appeals, and deny as moot his motion to consolidate Appeals Nos. 99-6698 and 99-6722 with 99-6596. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3